UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. MJ25-457 |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | |
| | **)** | DETENTION ORDER |
| MILTON RODRIGUEZ-DOBLADO, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| _____ | **)** | |

Offense charged:     Reentry of Removed Alien

Date of Detention Hearing:     September 9, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant is charged with one count of Reentry of Removed Alien.  He is a

DETENTION ORDER
PAGE -1

01 native and citizen of Honduras.   Information was not presented establishing his legal status.

02 Defendant has strong ties to Honduras, where he owns property and most of his family resides.

03 He does not have strong ties to this District.   Defendant has worked in this country in various

04 cities as a roofer and landscaper.   His criminal history includes several hit and run and

05 negligent driving charges, as well as driving under the influence.   Defendant was most recently

06 arrested by local authorities for Negligent Driving First Degree.   Defendant does not oppose

07 entry of an Order of Detention.

08         2.       Defendant poses a risk of nonappearance based on the nature of the charges, lack

09 of strong ties to this District, and a history of alcohol-related driving offenses. Defendant poses

10 a risk of danger based on criminal history.

11         3.       There does not appear to be any condition or combination of conditions that will

12 reasonably assure the defendant's appearance at future Court hearings while addressing the

13 danger to other persons or the community.

14 It is therefore ORDERED:

15 1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

16     General for confinement in a correction facility;

17 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

18 3.  On order of the United States or on request of an attorney for the Government, the person

19     in charge of the corrections facility in which defendant is confined shall deliver the

20     defendant to a United States Marshal for the purpose of an appearance in connection with a

21     court proceeding; and

22 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE -2

01    the defendant, to the United States Marshal, and to the United State Probation Services

02    Officer.

03         DATED this 9th day of September, 2025.

04

05                                    Mary Alice Theiler
                                      United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3