UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILTON RODRIGUEZ-DOBLADO,<br><br>Defendant. | CASE NO. 2:25-cr-191-JNW<br><br>ORDER EXPEDITING SENTENCING HEARING AND WAIVING PRESENTENCE REPORT |

This matter comes before the Court on Defendant Milton Rodriguez-Doblado's Motion to Expedite Sentencing Hearing and Waive Presentence Report, Dkt. No. 20. Having reviewed the motion, the Government's response, Dkt. No. 21, the reply, Dkt. No. 22, and all other relevant materials, the Court GRANTS the motion.

By October 31, 2025, the Parties are DIRECTED to meet and confer regarding potential sentencing dates between November 6, 2025, and December 4, 2025, and then contact the Courtroom Deputy Grant Cogswell (grant_cogswell@wawd.uscourts.gov), to schedule a hearing date. The Parties must

**ORDER** EXPEDITING SENTENCING HEARING AND WAIVING PRESENTENCE REPORT - 1

file any sentencing materials "at least seven days prior" to the scheduled date. *See* CrR 32(i)(1)(D).

Dated this 24th day of October, 2025.

Jamal N. Whitehead
United States District Judge

ORDER EXPEDITING SENTENCING HEARING AND WAIVING PRESENTENCE REPORT - 2